No. 7,673.—STATE ex Rel. BELLÉ F. WINESTINE et al., RELATRICES, *v.* T. J. COONEY, CHAIRMAN OF BOARD OF COUNTY COMMISSIONERS OF LEWIS AND CLARK COUNTY, ET AL., RESPONDENTS.

Decided January 18, 1937.

PER CURIAM.—It is ordered that the application for writ of mandate herein be denied on the merits.

*Messrs. Loble & Adair* and *Mr. Melvin E. Magnuson,* for Relatrices.